**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0787

Tower Credit, Inc.

- - Versus - -

Eric E. McGee

City Court of Baton Rouge
Case #: 2201560
East Baton Rouge Parish

On Application for Rehearing filed on 09/20/2024 by Tower Credit, Inc.

Rehearing _____ *Denied* _____

Page McClendon

Chris Hester

Steven M. Miller

Date OCT 17 2024

Rodd Naquin, Clerk